**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


IN RE:  FIRST JUDICIAL DISTRICT OF     :    No. 21 EM 2020
PENNSYLVANIA                             :
                                                 :


## ORDER


**PER CURIAM**

      **AND NOW**, this 2nd day of July, 2021, the Request "to Temporarily Authorize Continuation of the Philadelphia Municipal Court Landlord Tenant Diversion Program" is GRANTED, insofar as the Request asks that this Court confer authority on the President Judge of the Municipal Court "to require that a landlord first file an application with the PHL Rent Assist Program through www.phlrentassist.org and then wait 45 days before filing a Landlord-Tenant Complaint seeking possession based on non-payment of rent." Request at 2.  The President Judge of the Municipal Court has such authority through August 31, 2021.